FILED
2021 DEC 23 AM 10:27
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| DOUGLAS AVERY LAMONT, an individual, CHERYL LAMONT STEVENS, an individual,<br>           Plaintiffs,<br>vs.<br><br>WASATCH COMMONS HEBER, LLC, a California limited liability company, APARTMENT MANAGEMENT CONSULANTS, LLC, a Utah limited liability company, HEIDI WOOLSEY, an individual, SHANTEL STEINMILLER, an individual, JACKSON SARGENT, an individual, BREE SARGENT, an individual, and Doe Defendants I – X,<br>           Defendants. | **ORDER ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Civil No. 2:21-cv-00409-BSJ<br><br>Judge Bruce S. Jenkins |

      The above-entitled matter came before the Court on three motions: the "Second Motion to Dismiss" filed by Defendants Wasatch Commons Heber, LLC, Apartment Management Consultants, LLC, Heidi Woolsey, and Shantel Steinmiller ("Wasatch Defendants");[1] the "Motion to Dismiss" filed by Defendant Bree Sargent;[2] and the "Motion to Dismiss" filed by Defendant Jackson Sargent.[3] Plaintiffs Douglas Avery Lamont and Cheryl Lamont Stevens filed written oppositions each of the motions.[4] The Sargents each separately filed a reply memorandum in further support of their respective motions.[5] After Defendants' motions were fully briefed, the Court held a hearing on December 6, 2021. Kirk A. Cullimore, Jr., argued on behalf of Wasatch Defendants. Elizabeth A. Shaffer argued on behalf of the Sargent Defendants.

---

[1] ECF No. 27.
[2] ECF No. 28.
[3] ECF No. 30.
[4] ECF Nos. 31–32, 37.
[5] ECF Nos. 33, 39.

Michael Otto argued on behalf of Plaintiffs.  After considering the parties' briefs, the law, and the arguments of counsel, the Court GRANTS the motions to dismiss for the reasons below.

Plaintiffs bring only a single federal claim, their sixth cause of action for alleged violations of the Fair Housing Act ("FHA"), namely 42 U.S.C. § 3602(f).  Plaintiffs' FHA claim offers the only basis for invoking the federal jurisdiction of the United States District Court.  Plaintiffs' FHA claim is deficiently pled because Plaintiffs fail to set forth adequate factual material to show any FHA violation on the part of Defendants.  Consequently, that claim is dismissed, without prejudice, pursuant to the Defendants' motions.

Additionally, based on the deficiencies with Plaintiff's sole federal claim, the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims.  *See* 28 U.S.C. 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a [supplemental state-law] claim . . . if … the district court has dismissed all claims over which it has original jurisdiction").  Given the Court's dismissal of Plaintiff's lone federal claim–and because all of Plaintiffs' remaining causes of action, one through five and seven through eleven, assert claims arising under state law–the Court dismisses the Complaint in its entirety, without prejudice.  If Plaintiffs believe the deficiencies can be rectified, they may file an amended complaint not later than fifteen days after entry of this Order.

Signed this 23rd day of December 2021.

BY THE COURT

_____
Honorable Bruce S. Jenkins
United States District Judge